IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0074
 ((((((((((((((((

 Thomas O. Bennett, Jr. And James B. Bonham Corporation, Petitioners

 v.

 Randy Reynolds, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Thomas O. Bennett, Jr.,
et al., filed with this Court on August 12, 2008, this case is ABATED
effective as of August 6, 2008.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2, 8.3. It
is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 22nd day of August, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk